01
02
03
04
05
06
07                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
08                               AT SEATTLE

09  CHARLES L. BOBO,                  )
                                      )
10        Plaintiff,                  )   CASE NO. C13-0884-JCC
                                      )
11     v.                             )
                                      )   REPORT AND RECOMMENDATION
12  TRACFONE WIRELESS INC,            )
                                      )
13        Defendant.                  )
    _____ )
14

15       Plaintiff Charles L. Bobo, proceeding *pro se*, submitted an application to proceed *in

16  forma pauperis* (IFP) and a proposed complaint to this Court for review.  (Dkt. 1.)  Plaintiff

17  brings his claims against Tracfone Wireless Inc and describes his complaint as follows:

18  "Failure connection to internet web[.]  Failure connect to google on the internet[.]  Tracfone

19  com gave me case # 1049985613[.]"  (Dkt. 1-1 at 2.)  Plaintiff alleges the basis for

20  jurisdiction as "Tracfone don't want me used internet failure connection and google[.]"  (*Id*.)

21       Under 28 U.S.C. § 1915(e), the district court must dismiss a case "at any time" it

22  determines a complaint is frivolous or fails to state a claim on which relief may be granted.  §

REPORT AND RECOMMENDATION
PAGE -1

1915(e)(2)(B). Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners. *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000).

A review of the Court's filing system reveals that plaintiff has filed some twenty-nine different actions in this Court. (Dkt. 2). The Court dismissed a number of those cases – including an identical case raised against the same defendant named here – upon finding that plaintiff failed to state a claim upon which relief could be granted, that the filing was frivolous, and/or that the Court lacked jurisdiction. *See*, *e.g.*, *Bobo v. Tracfone Wireless, Inc.*, C13-071-MJP (Dkts. 3-5); *Bobo v. DSHS*, C12-1992-RAJ (Dkt. 6); *Bobo v. Tulane County District Attorney*, C12-1805-RSL (Dkts. 3-5).

As in those prior cases, plaintiff here fails to set forth facts sufficient to state a cognizable claim against the defendant, fails to set forth any basis for jurisdiction in this Court, and submits a complaint that appears frivolous on its face. Accordingly, the Court recommends that plaintiff's IFP application be STRICKEN and this matter DISMISSED with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 22nd day of May, 2013.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2