THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACFONE WIRELESS, INC,<br><br>    Defendant. | CASE NO. C13-0884-JCC<br><br>ORDER |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), his proposed complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 3), and the remaining record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 3);
2. Plaintiff's IFP application is STRICKEN and this case is DISMISSED with prejudice;
3. The Clerk is respectfully directed to send a copy of this Order to Plaintiff.

//
//
//
//

ORDER
PAGE - 1

DATED this 14th day of June 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2